JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY RAYMO,<br><br>    Plaintiff,<br><br>v.<br><br>DEFINITIVE CONSULTING SERVICES, LLC;<br>NICHOLAS ENGEL;<br>JUSTIN LAURER;<br>and DOE 1-2,<br><br>    Defendants. | Case No. 5:20-cv-01474-RSWL-SPx<br><br>~~(PROPOSED)~~<br>~~DEFAULT~~ JUDGMENT |

JUDGMENT IS HEREBY ENTERED in favor of Plaintiff Timothy Raymo for a total of $13,342.65 ($1,000 in statutory damages for FDCPA violation, $12,216 in attorneys' fees, and $126.65 in costs) against Defendants Definitive Consulting Services LLC and Justin Laurer in accordance with the Court's Order granting Plaintiff's motion for default judgment.

Dated: April 14, 2022

/s/ Ronald S.W. Lew
HONORABLE RONALD S.W. LEW
Senior U.S. District Judge

1